# MEMORANDUM DECISIONS.

AMERICAN FIDELITY CO. v. LION BONDING & SURETY COMPANY. (Circuit Court of Appeals, Eighth Circuit. December 7, 1917.) No. 4913. In Error to the District Court of the United States for the District of Nebraska. T. J. Mahoney, J. A. C. Kennedy, and P. E. Horan, all of Omaha, Neb., for plaintiff in error. John F. Stout, Halleck F. Rose, and Arthur R. Wells, all of Omaha, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion and stipulation of parties.

ARKANSAS ANTHRACITE COAL & LAND CO. v. BARNETT. (Circuit Court of Appeals, Eighth Circuit. February 16, 1918.) No. 5036. In Error to the District Court of the United States for the Western District of Arkansas. Ben Cravens and Ira D. Oglesby, both of Ft. Smith, Ark., and Paul McKennon, of Clarksville, Ark., for plaintiff in error. Webb Covington and G. L. Grant, both of Ft. Smith, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties.

AYMARD et al. v. BAY POINT MILL CO. (Circuit Court of Appeals, Fifth Circuit. March 22, 1918.) No. 3186. Appeal from the District Court of the United States for the Northern District of Florida; William B. Sheppard, Judge. Libel by the Bay Point Mill Company against the gasoline launch Helmar, claimed by L. L. Aymard and another. From a decree for libelant, claimants appeal. Affirmed. John P. Stokes, of Pensacola, Fla., for appellants. Scott M. Loftin, of Jacksonville, Fla., for appellee. Before PARDEE, WALKER, and BATTS, Circuit Judges.

BATTS, Circuit Judge. A conflict in the evidence offered by the parties was determined by the District Judge in favor of appellee. His judgment also involved a finding that the appellee had established his cause of action by a preponderance of the evidence. We are not in position to say his conclusion was incorrect. The judgment is affirmed.

CALDWELL v. NICHOLS. (Circuit Court of Appeals, Seventh Circuit. February 28, 1918.) No. 2533. Appeal from the District Court of the United States for the Southern Division of the Southern District of Illinois. Bill by Charles M. Caldwell against Dell D. Nichols. From a decree dismissing the bill, complainant appeals. Affirmed. Charles C. Le Forgee, of Decatur, Ill., for appellant. Daniel McCaskill, of Chicago, Ill., and Alba A. Jones, of Decatur, Ill., for appellee. Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM. Appellee obtained final judgment in the courts of Illinois in an action at law against appellant for the possession of real estate. 275 Ill. 520, 114 N. E. 278. This appeal is from a decree dismissing for want of equity appellant's bill to enjoin the enforcement of the judgment. Our examination of the record confirms the view we had at the close of the arguments, namely, appellant has failed to prove facts which would constitute an estoppel. Affirmed.